UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ERIC FIELDS, SHERYL FIELDS,**

                **Plaintiffs,**

-vs-                                                     Case No. 6:08-cv-632-Orl-19KRS

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY,**

                **Defendant.**

_____

# ORDER

This case comes before the Court on the Motion of Defendant for Reconsideration of the Order Dated July 9, 2008, and Memorandum of Law in Support of Motion (Doc. No. 14, filed July, 16, 2008).  Defendant State Farm Mutual Automobile Insurance Company ("State Farm") moves for reconsideration of the Court's Order granting Plaintiffs' Motion to Remand. (Doc. No. 13, filed July 9, 2008.)  In that Order, the Court concluded that it lacked diversity jurisdiction because State Farm had failed to meet its burden of proving that the amount in controversy exceeded $75,000. (*Id.* at 1-3.)  State Farm's failure to meet this burden arose, in part, from its failure to respond to Plaintiffs' Motion to Remand. (*Id.* at 2-3.)

In its Motion for Reconsideration, State Farm states that it was unaware that Plaintiffs filed the Motion to Remand. (Doc. No. 14 at 2.)  Had it known of the motion, State Farm contends, it could have produced additional evidence justifying removal. (*Id.* at 2-4.)  Accordingly, State Farm seeks reconsideration based on excusable neglect. (*Id.* at 3-4.)

Regardless of whether reconsideration is warranted under Federal Rule of Civil Procedure 60, this Court lacks the power to review its own decision of remand.  Orders of remand based upon

a lack of subject matter jurisdiction cannot be appealed or otherwise reviewed. 28 U.S.C. § 1447(d); *Harris v. Blue Cross/Blue Shield of Ala., Inc.*, 951 F.2d 325, 326 (11th Cir. 1992). The Eleventh Circuit has explained that the logical extension of this rule is that such orders similarly cannot be reconsidered by the District Court. *Id.* at 330; *see also Burr & Forman v. Blair*, 470 F.3d 1019, 1034 (11th Cir. 2006).

Accordingly, the Motion of Defendant for Reconsideration of the Order Dated July 9, 2008, and Memorandum of Law in Support of Motion (Doc. No. 14, filed July, 16, 2008) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July17, 2008.

*[signature]*
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record